John A.V. Nicoletti
Nooshin Namazi
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH INBEV SA/NV, ANHEUSER-BUSCH, LLC (d/b/a IMPORT BRANDS ALLIANCE), ANHEUSER-BUSCH INBEV BELGIUM NV/SA, AB INBEV UK LIMITED, ANHEUSER BUSCH INBEV INTERNATIONAL GMBH & CO. KG and XYZ CORPORATIONS 1-10, said names being fictitious,<br><br>    Defendants. | 14 CV 7453 (AT) (JLC)<br><br>**APPEARANCE OF COUNSEL** |

To: The Clerk of Court and all parties of record

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for Plaintiff AGCS Marine Insurance Company.

Dated: September 16, 2014

            By:  ___/s Kevin J.B. O'Malley_____
                Kevin J.B. O'Malley
                NICOLETTI HORNIG & SWEENEY
                *Attorneys for Plaintiff*
                Wall Street Plaza
                88 Pine Street, Seventh Floor
                New York, New York 10005-1801
                (212) 220-3830
                komalley@nicolettihornig.com