John A.V. Nicoletti
Nooshin Namazi
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH INBEV SA/NV, ANHEUSER-BUSCH, LLC (d/b/a IMPORT BRANDS ALLIANCE), ANHEUSER-BUSCH INBEV BELGIUM NV/SA, AB INBEV UK LIMITED, ANHEUSER BUSCH INBEV INTERNATIONAL GMBH & CO. KG and XYZ CORPORATIONS 1-10, said names being fictitious,<br><br>                    Defendants. | 14 CV 7453 (AT) (JLC)<br><br>**APPEARANCE OF COUNSEL** |

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for Plaintiff AGCS Marine Insurance Company.

Dated: September 16, 2014

                                                        By:     /s Nooshin Namazi
                                                            Nooshin Namazi
                                                            NICOLETTI HORNIG & SWEENEY
                                                            *Attorneys for Plaintiff*
                                                            Wall Street Plaza
                                                            88 Pine Street, Seventh Floor
                                                            New York, New York 10005-1801
                                                            (212) 220-3830
                                                            nnamazi@nicolettihornig.com